Ryan L. McBride, Esq. (16218 UT)
ryan@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| Matthew Wheelwright,<br><br>                    Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC;<br>Experian Information Solutions, Inc.;<br>and America First Credit Union,<br><br>                    Defendants. | **NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY**<br><br>**CASE NO.:** 1:20-cv-00068-CMR<br><br>**JUDGE: Cecilia M. Romero**<br><br>**JURY TRIAL DEMANDED** |

The Please take notice: Plaintiff Matthew Wheelwright ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") have settled Plaintiff's claims as to Equifax only. The Parties intend on filing a stipulation to dismiss Equifax only with prejudice within 45 days of this notice. The parties request that all pending motions, deadlines, and hearings be vacated as to Equifax.

Dated: August 4, 2020                             Respectfully submitted,

                                        By: */s/ Ryan McBride*
                                            Ryan McBride, Esq.
                                            *Attorney for Plaintiff*