Ryan L. McBride, Esq. (16218 UT)
ryan@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| Matthew Wheelwright,<br><br>Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC;<br>Experian Information Solutions, Inc.;<br>and America First Credit Union,<br><br>Defendants. | NOTICE OF VOLUNTARY DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC ONLY<br><br>CASE NO.: 1:20-cv-00068-DBB-JCB<br><br>JUDGE: David Barlow<br><br>JURY TRIAL DEMANDED |

2

Pursuant to Federal Civil Rule 41(a)(1)(A)(i), Plaintiff Matthew Wheelwright ("Plaintiff") voluntarily dismisses Plaintiff's claims against Defendant Equifax Information Services, LLC only with prejudice, without attorneys fees or costs awarded to any party.

Dated: November 5, 2020 Respectfully submitted,

By: */s/ Ryan McBride*
Ryan McBride, Esq.
*Attorney for Plaintiff*