IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| MATTHEW WHEELWRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and AMERICA FIRST CREDIT UNION,<br><br>    Defendants. | **ORDER GRANTING [22] STIPULATED MOTION TO DISMISS CLAIMS AGAINST AMERICA FIRST CREDIT UNION**<br><br>Case No. 1:20-cv-0068-DBB-JCB<br><br>District Judge David Barlow |

Before the court is Defendant America First Credit Union's Stipulated Motion to Dismiss Claims Against America First Credit Union with Prejudice.[1] For good cause, the motion is GRANTED. All claims against America First Credit Union in this action are dismissed with prejudice, Plaintiff and America First Credit Union to bear their respective attorney fees and costs with respect to the claims asserted against America First Credit Union.

Signed January 7, 2021.

BY THE COURT

David Barlow
United States District Judge

---

[1] ECF No. 22.