IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| MATTHEW WHEELWRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and AMERICA FIRST CREDIT UNION,<br><br>    Defendants. | **JUDGMENT**<br><br>Case No. 1:20-cv-00068-DBB-JCB<br><br>District Judge David Barlow |

IT IS ORDERED AND ADJUDGED:

Plaintiffs have dismissed claims against all Defendants in this action and this case must be dismissed. Plaintiffs voluntarily dismissed Defendant Equifax Information Services, LLC on November 5, 2020.[1] Defendants America First Credit Union and Experian Information Solutions were dismissed by stipulated motions, which orders were entered on January 7, 2021 and February 24, 2021, respectively.[2] Accordingly, this matter is DISMISSED with prejudice. All parties to bear their respective attorney fees and costs. The Clerk of Court is directed to close this case.

Signed February 24, 2021.

BY THE COURT

David Barlow
United States District Judge

---

[1] ECF No. 21.

[2] ECF Nos. 23, 25.